IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LUCAS, ) | |
| ) | Civil Action No. 2:10-cv-00874-MRH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN CLEAN ENERGY SYSTEMS, ) | |
| INC., TAL TECHNOLOGIES, INC. and ) | |
| DOES 1-25, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW this **18TH** day of January, 2017, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Leave to File Declarations of John W. Cunningham, M.D., M.S. and Kenneth A. Mankowski, D.O., is granted. The Declarations attached at Exhibits "1" and "2" to American Clean Energy Systems, Inc.'s Motion are deemed filed as of the date of this Order. Plaintiff may file any response he deems appropriate on or before February 8, 2017.

BY THE COURT

_____
J.